| | |
|---|---|
| 1 | SCOTT VOELZ (S.B. #181415) |
|   | svoelz@omm.com |
| 2 | PAUL A. HOLTON (S.B. #313047) |
|   | pholton@omm.com |
| 3 | ALLISON BADER (S.B. #324306) |
|   | abader@omm.com |
| 4 | JAMIE BUTTS (S.B. #346647) |
|   | jbutts@omm.com |
| 5 | O'MELVENY & MYERS LLP |
|   | 400 South Hope Street |
| 6 | 18th Floor |
|   | Los Angeles, California  90071-2899 |
| 7 | Telephone:   +1 213 430 6000 |
|   | Facsimile:   +1 213 430 6407 |
| 8 | |
|   | Attorneys for Defendant |
| 9 | WALMART INC. |

Christopher J. Hamner, Esq. (SBN 197117)
Evelina M. Serafini, Esq. (SBN 187137)
HAMNER LAW OFFICES, APLC
26565 West Agoura Road, Suite 200
Calabasas, California 91302
Telephone: (888) 416-6654
chamner@hamnerlaw.com
eserafini@hamnerlaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAMELA SULLIVAN, JAVAL ASHLEY, and HILARIO GARCIA, | Case No. 2:24-cv-01111-MCS (Ex) |
| Plaintiffs, | **STIPULATION REGARDING DEFENDANT WALMART INC'S MOTION TO COMPEL ARBITRATION** |
| v. | |
| WALMART, INC., dba SPARK, and DOES 1 THROUGH 5, inclusive, | Judge:        Hon. Mark C. Scarsi |
| Defendants. | Courtroom: 7C |
| | Date:          March 25, 2024 |
| | Time:         9:00 a.m. |

## STIPULATION

Plaintiffs Pamela Sullivan, Javal Ashley, and Hilario Garcia (together "Plaintiffs") and Defendant Walmart Inc. ("Defendant") (collectively, the "Parties"), by and through their attorneys of record, enter this Stipulation based on the following facts and circumstances:

WHEREAS, Plaintiffs filed their Complaint in Los Angeles County Superior Court on November 29, 2023;

WHEREAS, Defendant filed a Notice of Removal, removing this action to the above-entitled Court, on February 8, 2024;

WHEREAS, Defendant filed a Motion to Compel Arbitration as to Plaintiffs' claims in the Complaint on February 15, 2024, and set a hearing for March 25, 2024;

WHEREAS, Plaintiffs' deadline to file their Opposition to the Motion to Compel Arbitration was February 29, 2024;

WHEREAS, on February 28, 2024, Plaintiffs filed their First Amended Complaint ("FAC");

WHEREAS, the Parties met and conferred on February 29, 2024, pursuant to Local Rule 7-3, and agreed that Defendant's current Motion to Compel Arbitration as to Plaintiffs' claims in the Complaint is mooted by operation of the filing of the FAC;

WHEREAS, during the Parties' meet-and-confer discussions on February 29, 2024, the Parties continue to disagree about the applicability of the arbitration provisions in the Parties' contracts to Plaintiffs' claims, notwithstanding the filing of the FAC, and therefore Defendant intends to renew its Motion to Compel Arbitration as to the FAC;

WHEREAS, Defendant intends to file its renewed Motion to Compel Arbitration by March 11, 2024;

THEREFORE, the Parties hereby agree and stipulate that no response is

1  required as to Defendant's Motion to Compel Arbitration as to the Complaint, and
2  that Defendant will file a renewed Motion to Compel Arbitration as to the FAC.

Dated: February 29, 2024

SCOTT VOELZ
PAUL A. HOLTON
ALLISON BADER
JAMIE BUTTS
O'MELVENY & MYERS LLP


By: */s/ Scott Voelz*
       Scott Voelz
Attorneys for Defendant
Walmart Inc.

Dated: February 29, 2024

CHRIS HAMNER
EVELINA SERAFINI
HAMNER LAW OFFICES, APLC


By: */s/ Chris Hamner*
       Chris Hamner
Attorneys for Plaintiffs

## **ATTESTATION**

I hereby attest that all signatories listed, and on whose behalf this filing is submitted, concur in its content and have authorized its filing.

Dated: February 29, 2024

O'MELVENY & MYERS LLP
SCOTT VOELZ

By: */s/ Scott Voelz*
       Scott Voelz