Christopher J. Hamner, Esq. (SBN 197117)
Evelina M. Serafini, Esq. (SBN 187137)
**HAMNER LAW OFFICES, APLC**
26565 West Agoura Road, Suite 200
Calabasas, California 91302
Telephone: (888) 416-6654
chamner@hamnerlaw.com
eserafini@hamnerlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA SULLIVAN, JAVAL ASHLEY and HILARIO GARCIA<br><br>Plaintiffs<br><br>v.<br><br>WALMART, INC., dba SPARK, and DOES 1 THROUGH 5, inclusive<br><br>Defendants | Case No.: 2:24-cv-01111-MCS (Ex)<br><br>**PLAINTIFFS' REQUEST FOR DISMISSAL WITHOUT PREJUDICE**<br><br>[Filed concurrently with [Proposed] Order] |

# REQUEST FOR DISMISSAL

Plaintiffs hereby respectfully request this matter be dismissed in its entirety <u>without prejudice</u>.

Dated: March 25, 2024        **HAMNER LAW OFFICES**

/s/ Christopher J. Hamner

_____

By: Christopher J. Hamner, Esq.
Attorneys for Plaintiffs

Request for Dismissal