Christopher J. Hamner, Esq. (SBN 197117)
Evelina M. Serafini, Esq. (SBN 187137)
**HAMNER LAW OFFICES, APLC**
26565 West Agoura Road, Suite 200
Calabasas, California 91302
Telephone: (888) 416-6654
chamner@hamnerlaw.com
eserafini@hamnerlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA SULLIVAN, JAVAL ASHLEY and HILARIO GARCIA<br><br>Plaintiffs<br><br>v.<br><br>WALMART, INC., dba SPARK, and DOES 1 THROUGH 5, inclusive<br><br>Defendants | Case No.: 2:24-cv-01111-MCS (Ex)<br><br>**[PROPOSED] ORDER** |

# [PROPOSED] ORDER

The Court, having considered the Plaintiffs' Request for Dismissal GRANTS the request as follows:

**IT IS ORDERED** that this matter is dismissed in its entirety <u>without prejudice</u>.

**IT IS SO ORDERED.**

Dated:_____, 2024        _____
                                By: HON. JUDGE MARK C. SCARSI
                                    U.S. DISTRICT COURT JUDGE