UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:24-cv-01111-MCS-E** | Date | March 26, 2024 |
| Title | ***Sullivan v. Walmart, Inc.*** | | |

Present: The Honorable    Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER RE: REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND MOTION TO COMPEL ARBITRATION (ECF NOS. 22, 24) (JS-6)**

Plaintiffs Pamela Sullivan, Javal Ashley, and Hilario Garcia request to dismiss this case without prejudice. (Req., ECF No. 24.) Their voluntary dismissal is effective without a court order. Fed. R. Civ. P. 41(a)(1)(A)(i); *see Com. Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1078 (9th Cir. 1999) ("[A] dismissal under Rule 41(a)(1) is effective on filing, [and] no court order is required . . . ."). The Court directs the Clerk to terminate the pending motion to compel arbitration (ECF No. 22) and close the case.

**IT IS SO ORDERED.**